JIREH DURKEE, *appellant, vs.* MAYO and FOLLET, *appellees.*

A judgment of the county court, upon a demurrer to a plea in bar, where the general issue is also pleaded, that the plea in bar is sufficient, is a judgment from which an appeal lies to the supreme court. *Aliter,* if the judgment be against the sufficiency of the plea in bar.

THE defendants, in the court below, pleaded the general issue, and also, a plea in bar, to which there was a demurrer; and the judgment of the Court upon the issue of law, was, that the plea in bar was sufficient. Whereupon, the plaintiff appealed; and the question was, whether the appeal could be sustained?

PER CURIAM—The appeal is properly taken; for no further proceedings could be had below. If the judgment had been against the sufficiency of the plea in bar, the cause must have remained in the county court, for trial there, upon the general issue.